JOHN H. E. SAND, Respondent, *v.* GARFORD MOTOR TRUCK COMPANY, INC., Appellant.

*Appeal — unanimous judgment of modification by Appellate Division — motion to dismiss appeal therefrom denied.*

Reported below, 204 App. Div. 70.

(Submitted April 16, 1923; decided April 24, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 15, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Burt L. Rich* for motion.

*Frank H. Towsley* opposed.

Motion denied, without costs and without prejudice to right to renew same at time of argument.

---

EDITH BLOODGOOD, Appellant, *v.* PAYNE WHITNEY, Respondent.

(Submitted April 16, 1923; decided April 24, 1923.)

Motion to amend remittitur denied, without costs. A decision in this court awarding costs to appellant limits such costs to the costs on appeal in this court. (See 235 N. Y. 110.)